652 A.2d 795

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Ricardo FOY, Petitioner.**

Supreme Court of Pennsylvania.

June 3, 1994.

Marvin W. Factor, Factor & Factor, Philadelphia, for R. Foy.

Kathy L. Echternach, John Carpenter, Dist. Attorney's Office, Philadelphia, for Com.

## *ORDER*

PER CURIAM.

AND NOW, this 3d day of June, 1994, it is hereby ordered that the request for stay filed by petitioner Ricardo Foy is denied.

MONTEMURO, J., is sitting by designation as Senior Justice pursuant to Judicial Assignment Docket No. 94 R1800, due to the unavailability of LARSEN, J.; see No. 127 Judicial Administration Docket No. 1, filed October 28, 1993.